U.S. Probation and Pretrial Services
# MEMORANDUM

**DATE:** April 14, 2014

**TO:** The Honorable Peter J. Messitte
United States District Judge

**FROM:** Sharon Jacobs
U.S. Probation Officer

**SUBJECT:** OKAFOR, Ndubuisi Joseph
Dkt.No.: 8:07-cr-00190-PJM-1
**Request for International Travel**

The purpose of this report is to request Mr. Okafor be allowed to travel to Paris, France for a period of five (5) days, from May 4, 2014 to May 8, 2014, to attend his daughter's wedding on May 6, 2014. Mr. Okafor is expected to bless his daughter and hand her over to her husband on her wedding day. "I sincerely request an opportunity to perform my obligatory fatherly duties on this very important day for her". This officer has received documentation that the transportation and lodging arrangements have been paid for by his daughter, Uche Jennifer Okafor.

Mr. Okafor continues to reside at 10902 Layton Street, Upper Marlboro, MD 20774 with his girlfriend, Terry Holmes. Ms. Holmes is currently supporting the defendant as Mr. Okafor remains unemployed. However, Mr. Okafor was issued a license in Medicine and Surgery on December 24, 2013 by the Government of the District of Columbia Department of Health Professional Licensing Administration Board of Medicine. He is actively seeking employment. Mr. Okafor has been instructed to make "good faith" payments each month towards his financial obligation. A payment of $10.00 was received on 3/24/2014.

In view of the aforementioned, I respectfully request the Court review this request for international travel and advise as to whether or not Mr. Okafor will be permitted to travel. I am not opposed to the requested travel.

Should your Honor have any questions or concerns, this officer is available at (301) 344-3711.

## COURT ACTION

[✓] Agree with USPO request, permitting international travel
[ ] International travel is denied

Peter J. Messitte, Senior U.S. District Judge
4/16/14
Date

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

APR 17 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY